# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 17, 2020

160751-2

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

STEVEN SWOFFORD,
      Plaintiff-Appellant,

v

HORACIO ALVAREZ and
FARMERS INSURANCE EXCHANGE,
      Defendants,

and

PAUL AUBE PETROW,
      Defendant-Appellee.

SC: 160751-2
COA: 344189; 344465
Calhoun CC: 2012-003478-NI

_____/

On order of the Court, the application for leave to appeal the November 26, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

BERNSTEIN, J., did not participate because he has a family member with an interest that could be affected by the proceeding.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 17, 2020



Clerk

p0610